# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 17-0079-MWF-AS | Date | September 8, 2017 |
|---|---|---|---|
| Title | Shane Matthew Mulvihill v. Dean Borders | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):** **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 25, 2017, this Court issued an Order to Show Cause re Lack of Prosecution directing Plaintiff to show cause, "in writing, no later than **June 26, 2017**, why this action should not be dismissed with prejudice for failure to prosecute" (Docket Entry No. 8). Plaintiff was ordered to file a First Amended Complaint or "a declaration under penalty of perjury stating why Plaintiff is unable to File a First Amended Complaint." Id.

To date, Plaintiff has failed to file a First Amended Complaint, or respond to the Court's Order to Show Cause. The Court will provide Plaintiff additional time - to **October 10, 2017** - to file a First Amended Complaint or a declaration stating why he is unable to do so.

The Clerk is directed to attach a copy of the Court's Order dismissing the complaint with leave to amend (Docket Entry No. 7), and the Court's May 25, 2017 Order To Show Cause to this Order.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: Michael W. Fitzgerald
    United States District Judge

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| No. | CV 17-0079-MWF-AS | Date | September 8, 2017 |
|---|---|---|---|
| Title | **Shane Matthew Mulvihill v. Dean Borders** | | |

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |